## EX PARTE JAKE WRIGHT.

No. 10906.   Delivered April 27, 1927.

**Habeas Corpus — To Secure Bail — No Statement of Facts — Practice on Appeal.**

Where, on a habeas corpus hearing to secure bail, which is denied in the District Court, the record on appeal is without a statement of the evidence heard in the District Court, and the offense charged is a capital one, the action of trial judge in denying bail will be presumed to be justified by the facts before him.

Appeal from the District Court of Eastland County.   Tried below before the Hon. Elzo Bean, Judge.

Appeal from an order of the District Court denying bail. Bail refused.

The opinion states the case.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—This is an appeal from the order of the District Court denying bail.

It appears from the record that the relator was charged by indictment with the offense of rape.   In the judgment and order of the District Court it appears that evidence was heard.   No statement of the evidence heard is before this court.   The indictment charges a capital offense, and the question of right to bail would depend upon the evidence heard.   Not having the evidence before us we are not in a position to pass upon its sufficiency and must assume that the trial judge, in denying bail, was justified by the facts before him.

The application for a writ of habeas corpus is therefore denied and the relator ordered remanded to custody.

*Affirmed.*